

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00350-CV

Jack **RETTIG**,
Appellant

v.

Ronald E. **BRUNO**, Christopher Garcia, Sergio Lopez, Patrick G. Mendoza, and Troy J. Williams,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellant's motion to reinstate and dismiss this appeal is **GRANTED** in part, and this appeal is **DISMISSED AS MOOT**. Costs of appeal are taxed against the party incurring same.

SIGNED January 11, 2017.

Marialyn Barnard, Justice